JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- IN RE LITIGATION INVOLVING THE STATE OF IRAN
(Islamic Republic of Iran)

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/03/05 | 1 | MOTION, SCHEDULE OF ACTIONS, CERT. OF SVC., EXHIBITS -- Islamic Republic of Iran -- w/some complaints    (emh)   SUGGESTED TRANSFEREE DISTRICT: S.D. New York   SUGGESTED TRANSFEREE JUDGE:    (emh) |
| 80/03/14 | 2 | RESPONSE/BRIEF -- Pltfs. (Consortium) Joint Venture S.A. Entreprises Jan de Nul and Dragomar S.p.A. -- w/Exhibit A and cert. of service    (emh) |
| 80/03/18 | 3 | REQUESTS FOR EXTENSIONS OF TIME TO FILE A RESPONSE -- American International Group, Inc., et al;  Crocker Nat'l Bank;  Hood Corp;  Harris Corp. & Harris International Telecommunications, Inc.;  Continental Mechanical of the Middle East, Ltd. and Continental Supply, Ltd.;  Daniel, Mann, Johnson & Mendenhall;  Blount Brothers Corp.;  Touche Ross & Co.;  Chas. T. Main International, Inc. -- GRANTED TO ALL PARTIES to & including March 31, 1980 (emh) |
| 80/03/19 | | APPEARANCES   Thomas G. Shack, Jr., Esq. for Islamic Republic of Iran; Ministry of Defense; Ministry of Economic Affairs; Ministry of Energy & National Resources; Ministry Of Cooperatives & Rural Affairs; Ministry of Post; Telegraph & Telephone; Ministry of Housing & Urban Development; National Petrochemical Co.; National Iranian Gas Co.; Kangan Liquified National Gas Corp.; Williams Brothers; Iran Air; Iranian Air Force; Iran Aircraft Industries; Iran Helicopter Support and Renewal, Industrial Development & Renovation Organization; Housing Oragnization of the Government of Iran; Telecommunication Company of Iran; Information Systems Iran; Iran Ministry of Mines; Iran Tobacco Company; Iran International Shipping Lines; Master Shipping Agency   Robert P. Patterson, Jr., Esq. for National Iranian Oil Co.;   Daniel P. Levitt, Esq. for Agricultural Development Bank of Iran; B nk Bazargani Iran; Bank Bimeh Iran; Bank Dariush; Bank Farhargian; Bank Iranshahr; Bank Melli Iran; Bank Omran; Bank Pars; Bank Rahni Iran; Bank Russo Iran; Bank Sakhteman; Bank Sanaye Iran; Bank Shahryar; Bank of Teheran; Bank Tejarat; Banque Etebarate Iran; Deutsch-Iranische Handelsbank A.G.; Development and Investment Bank of Iran; Foreign Trade Bank of Iran; Idustrial Credit Bank; Bank Etabarat Sanati     Industrial and Mining Development Bank of Iran; Interna- |

APPEARANCES CONTINUED ON NEXT PAGE

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- p.2

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/03/19 | | APPEARANCES CONTINUED |

APPEARANCES CONTINUED
  tional Bank of Iran; International Bank of Iran and Japan
  Iran Bank; Iranian's Bank; Bank Sepah-NewYork Agency;
 John Tracy, Esquire  for The Ministry of Social Welfare of
  Government of Iran; Iran Joint-Stock Housing Company;
  Gostaresh Maskan, a nationalized company; Khuzestan Water
  & Power Authority;Mahab Consulting Engineers Company;
  Parsmain Engineers Co., a/k/a Parsmain, Inc.; Iran Power
  Generation & Transmission Co;Shepur Chemical Co., Ltd.
  Ministry of Water & Power of Iran; Gicafour Inc.; Akam
  Precast Concrete Co., Ltd.;Yamineh Co., Ltd.; Aluminum
  Fluoride Iran Co.; Khuzestan Urban Development Org.;
  and Power Generation and Transmission Co.
 Roger Bryant Hunting, Esq. for Polyacryl Iran Corp.; Shahbaf
  Persian Carpet Co.; Iran-Hamburg Handelsgesellschaft;
  Mahnakh Spinning and Waving Co; Farnakh Spining and
  Weaving Co; Akam Building Industries Co.; Behshahr Industrial
  Go., Ltd.; Behshahar Industrial Co., Ltd.; Melli Industrial
  Group; Iran Tractor Manufacturing Co.;Government Trading
  Corp.; Hammadan Glass Co; Lanac Corp.;
 Elihu Inselbuch, Esquire for Atomic Energy Organization of Iran;
  Batiman-Fortres Equipment Co.; Copar Laboratories, Co.k Ltd;
  Ferdowsi University; Intl. Construction Machines; Jundi
  Shapur University;Karun Argo Industries, Inc.;Kashan Velvet
  & Rayon Mills, Ltd.;Mazandaran Textile Co.; National
  Iranian Fisheries Co.; Pahlavi University School of
  Dentristy;and University of Tehran
 Leonard B. Boudin, Esq. for Bank Markazi Iran
 Richard D. Gaines, Esq. for Bank Saderat Iran
 Desmond T. Bary, Jr., Esq. for Bemeh Melli Insurance Co.
 John D. Aldock, Esq. for Central Insurance of Iran
 Herschel L. Abbott, Jr., Esq. for Garnishees in A=39 and A-40
  Canal Place Venture; Joseph C. Canizaro and Canco, Inc.
 Thomas G. Smith, Esq. for Iranian Military Industries Organ.

 A. H. Gaede, Jr., Esq. for Blount Brothers Corp.
 C. Stephen Howard, Esq. for Dames & Moore
 Gerald M. Singer for Daniel, Mann Johnson & Mendenhall
 Harold E. Mesirow, Esq. for Hawaiian Agronomics Co.
 Ellen B. Friedman, Esq. for Hood Corp.
 James Ringer, Esq. for Lockheed Corp.

 Martin Glenn, Esq. for Santa Fe International Corp.

Continued next page.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- p.3

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/03/19 | | APPEARANCES (Continued) |

APPEARANCES (Continued)

Joseph J. Santora, Esq. for Security Pacific National Bank
Mary Whitney Kenney, Esq. for United California Bank
George Weisz, Esquire for William L. Pereia Assoc., Iran,
  Itek, Northwestern National Bank of Minneapolis and
  Seattle First National Bank
Robert E. Bartkus, Esq. for The Marschalk Co., Inc.,
  Crocker National Bank and Walter J. Johnson, Inc.
William A. Helvestine, Esq, for Equibank, N.A.
Richard G. Bell, Esq. for Granger Assoc., and Watkins Johnson Co
Daniel P. Gallagher, Jr., Esq. for Mellon Bank, N.A. and
  Mellon International Finanance Corp.
Stephen M. Truitt, Esq. for TCSB, Inc. and Cabot International
  Capital Corp.
Denis R. Salmon, Esq. for Wells Fargo Bank, N.A.
John E. Hoffman, Esq. XXXXXXXXXXXX Citibank, N.A.
Robert B. Wallace, Esq. for Aeromaritime, Inc.
Charles N. Bower, Esq. for American International Group, Inc.,
  et al.
Louis C. Lustenberger, Jr., Esq. forHarris Corp., et al.
Frank Cicero for Roy O. Allen, et al.
Michael M. Conway, Esq. for Chicago Bridge & Iron Co.
Phillip D. Levey, Esq. for Weber Marking Systems, Inc.
Warren M. Schultz, Jr., Esq. for Harnischfeger Corp.
Peter H. Kaminer, Esq. for Irving Trust Co.
Peter M. Lauriat, Esq. for Badger America, Inc.
Carol Goodman, Esq. for New England Merchants Natl. Bank
  and Charles T. Main Intl., Inc.
David B. Goldstein, Esq. for Advanced Computer Techniques Corp.
John F. Pritchard, Esq. for American Express Intl. Banking Corp.
Herbert P. Minkel, Jr., Esq. for American Security Bank, N.A.
John A. Donovan, Esq. for Atlantic Richfield Co., et al.
P. B. Konrak Knak , Esq. for Bankers Trust Co.
Norman R. Nelson, Esq. for The Chase Manhattan Bank
Edmund T. King, II, Esq. for Crocker National Bank
Philip D. Pakula, Esq. for E. I. Dupont de Nemours & Co.
James Schreiber, Esq. forNasser Esphahanian
Philip L. Graham, Jr., Esq. for European American Banking
  Corp., et al.
Thomas A. Shaw, Jr., Esq. for First National Bank of Boston
David S. Pennock, Esq. for General Photochemicals Corp.

      Appearances Continued

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- p.4

| DATE | NO. | Pleading Description |
|------|-----|----------------------|
| 80/03/19 | | APPEARANCE |

APPEARANCE
   Donald Eng, Esq. for Girard Bank
   Lawrence W. Newman, Esq. for Reading & B tes Corp., et al.
     Reading & Bates Drilling Co., Irano-Reading & Bates S.S.K
     Sedco, Inc., Sedco International, Sediran Drilling Co.
     Williams Brothers Intl. Corp.
     Halliburton Ltd.
     Houston Contracting Co., Imco Services (U.K.) Ltd.
     Ingersoll-Rand Co.
     Ensearch Service Co.
   C. Stephen Heard, Jr., Esq. for John Doe, Transportation
     Consultants Intl., and John Doe II
   John W. Dickey, Esq. for Marine Midland Bank
   Jeremiah D. Lambert, Esq. for McCollough & Co., Inc.
   Bartlett H. McGurire, Esq. for Morgan Guaranty Trust  Co. of N.Y.
   Powell Pierpoint, Esq. for Offshore Intl., S.A.
   Robert L. Haig, Esq. for Pan American World Airways, Inc.,
     et al.
   Brian J. Gallagher, Esq. for Republic National Bank of N.Y.
   Richard C. Johnson, Esq. for (Consortium) Joint Venture S.A.
     Enterprises, et al.
   Stephen Rackow, Kay, Esq. for Starrett Housing Corp.
   Robert M. Callagy for Syska & Hennessy, Inc.
   Bryon Golden, Esq. for the Trustees of Columbia Univ in the
     City of N.Y.
   Lawrence G. Golde, Esq. for Vetco, Inc., et al.
   John P. Vayda, Esq. for Frederick S. Wyle, Etc.
   Ralph L. McAfee, Esq. for Chemical Bank
   Michael Byrd, Esq. for Continental Mechanical of the Middle
     East Ltd., et al.
   Harold Hoffman, Esq. for E-Systems, Inc. and TAI, Inc.
   Gerald P. Urbach, Esq. for Herman Blum Consulting Engineers
   Thomas A. Brown, Esq. for Highland Insurance Co.
   Robert C. Davee, Esq. forTokai Shipping Co., Ltd.
   Robert B. von Mehren, Esq. for the First National Bank of Chicago
   and First Chicago International Banking Corp.
   J. Robert Elster, Esq. for John Doe
   Robert A. Christensen, Esq. for First Wisconsin National Bank
     of Milwaukee
   Roy L. Reardon, Esq. for Man facturers Hanover Trust Co.
   John G. DeGooyer, Esq. for United States Filter Corp.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- p.5

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/03/20 | 4 | RESPONSE -- Pltf. Wells Fargo Bank, N.A. -- w/cert. of svc. (emh) |
| 80/03/20 | 5 | RESPONSE/BRIEF -- Herman Blum Consulting Engineers, Inc. -- w/Exhibits A thru G and cert. of service (emh) |
| 80/03/20 | | APPEARANCE -- Bruce A. Hecker, Esq. for Deutsch Iranische Handelsbank, A.G.<br>Philip L. Graham, Jr., Esq. for European Am. Banking<br>Kurt J. Wolff, Esq. for Shawmut Bank of Boston<br>Irwin B. Robins, Esq for Westinghouse Corp. (rew) |
| 80/03/21 | 6 | RESPONSE/BRIEF -- E-Systems, Inc. and TAI, Inc. -- w/cert. of svc. (emh) |
| 80/03/24 | | APPEARANCE: William Rand for Air La Carte, GTE International, Inc., United Virginia Bank (emh) |
| 80/03/24 | | APPEARANCE -- John E. Hoffman for Citibank, N.A. (emh) |
| 80/03/24 | 7 | RESPONSE/MEMORANDUM -- Marine Midland Bank -- w/Exhibits A thru C and cert. of svc. (emh) |
| 80/03/26 | | APPEARANCES -- James L. Berenthal for Panacaviar Corp. Panacaviar, S.A.; Mark H. Feldman for Caviar and Fine Foods, Inc. (emh) |
| 80/03/27 | 8 | LETTER -- signed by Stuart M. Reynolds, Jr. (Re A-49) (emh) |
| 80/03/27 | 9 | RESPONSE -- Pltf. Doe I and Doe II -- w/cert. of svc. (emh) |
| 80/03/27 | | HEARING ORDER -- Setting A-1 thru A-160 for hearing on April 24, 1980 in San Fran., Calif. Notified involved counsel, clerks and judges. (ea) |
| 80/03/27 | | APPEARANCE SIMEON T. LAKE, III, ESQ. for Cities Service Co., Cities Service International, Inc. and Citco Intl. Pet. Co. (Garnishees) in H-79-2608 |
| 80/03/27 | 10 | RESPONSE/BRIEF -- Roy O. Allen, et al. -- w/Exhibit and cert. of service (cds) |
| 80/03/28 | 11 | RESPONSE/CERT. OF SVC. -- Pltf. ITEK Corp. (emh) |
| 80/03/28 | 12 | RESPONSE -- Continental Mechanical of the Middle East, Ltd. and Continental Supply, Ltd. -- w/cert. of svc. and Exhibits (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- *p 6*

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/03/28 | 13 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Movant, Islamic Republic of Iran -- GRANTED to April 10, 1980   (emh) |
| 80/03/28 | 14 | REQUEST TO FILE BRIEF IN EXCESS OF THE 20 PAGE LIMITATION -- Pltf. Americ. International Group, Inc. -- GRANTED (emh) |
| 80/03/31 | 15 | RESPONSE/BRIEF -- Pltfs. Blount Bros. Corp. -- w/cert. of svc.  (emh) |
| 80/03/31 | 16 | RESPONSE/BRIEF -- Hood Corp. -- w/Exhibit A and B and cert. of service.   (emh) |
| 80/03/31 | 17 | RESPONSE, BRIEF -- American International Group, Inc. w/exhibits A through M and cert of svc.  (rew) |
| 80/03/31 | 18 | Response, Brief -- William L. Pereira Assoc. w/cert. of svc.  (rew) |
| 80/03/31 | 19 | Response -- Tchacosh Co., Ltd. w/cert of svc.  (rew) |
| 80/03/31 | 20 | Response -- Equibank, N.A. w/cert of svc.  (rew) |
| 80/03/31 | 21 | Response -- Daniel, Mann, Johnson & Mendenhall w/cert of svc.  (rew) |
| 80/03/31 | 22 | Response, Memorandum -- Webber Marking Systems, Inc. w/cert of svc.  (rew) |
| 80/03/31 | 23 | Response -- Certain New York Plaintiffs w/cert of svc.  (rew) |
| 80/03/31 | 24 | Response, Memorandum -- Dames & Moore -- w/Appendix A and B w/cert. of sv.  (rew) |
| 80/03/31 | 25 | Response, Brief -- Chicago Bridge & Iron Co. w/cert. of svc.  (rew) |
| 80/03/31 | 26 | Response -- Charles T. Main Intl.,Inc. w/exhibit A and Response of New England Merchants Natl. Bank w/exhibit A and Joint Memorandum -- Charles T. Main Intl., Inc. and New England Merchants Natl. Bank w/cert. of svc.  (rew) |
| 80/03/31 | 27 | Response -- Granger Assoc. -- w/cert. of svc.  (rew) |
| 80/03/31 | 28 | Response -- Watkins Johnson Co. w/cert. of svc.  (rew) |
| 80/03/31 | 29 | Response -- First Wisconsin Natl. Bank of Milwaukee w/cert. of svc.  (rew) |
| 80/03/31 | 30 | Response, Brief -- Harris Corp., and Harris Intl. Telecommunications, Inc. w/cert. of svc.  (rew) |
| 80/03/31 | 31 | Response -- Crocker Natl. Bank w/cert. of svc.  (rew) |
| 80/03/31 | 32 | Response -- Manufacturers Hanover Trust Co. w/cert of svc.  (rew) |
| 80/03/31 |  | APPEARANCE -- Alan P. Ribakoff, Esq. for Wm. L. Pereia Assoc. |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **425 -- p. 7**

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/03/31 | 33 | Response, Brief -- U. S. Filter Corp., The Resource Science Corp. and Williams Brothers Engineering Co. w/cert. of svc. (rew) |
| 80/03/31 | 34 | Response, Brief, Exhibit 1 -- T.C.S.B., Inc. w/cert. of svc. (rew) |
| 80/03/31 | 35 | Response, Brief, Exhibit 1 -- Cabot Intl. Capital Corp. w/cert. of svc. (rew) |
| 80/03/31 | 36 | Stipulation -- Santa Fe Intl. Corp., Santa Fe Svc., Inc. Santa Fe Overseas, Inc. and Republic of Iran to withdraw motion as it pertains to the following: A-30 Santa Fe Intl. v. Natl.Iranian Oil Co., et al., D.C., C.A. No. 79-3325 A-4 Santa Fe Intl. Corp., et al. v. Natl. Iranian Oil Co., et al., C.D. Cal., 79-4780 A-112 Santa Fe Intl. Corp. v. Natl. Iranian Oil Co., S.D.N.Y., 79 Civ 6693, w/cert. of svc. (rew) |
| 80/03/31 | 37 | Response, Brief -- Aeromaritime, Inc. w/cert. of svc. (rew) |
| 80/03/31 | 38 | Response -- Amicus Curiae -- United States of America w/exhibits A and B and cert of svc. (rew) APPEARANCE -- J. Christopher Kohn, Esq. for United States of America (Amicus Curiae) (rew) |
| 80/03/31 | 39 | RESPONSE -- Touche Ross & Co. -- w/Exhibits A-C and cert. of service (cds) |
| 80/03/31 | | APPEARANCE -- JOHN T. BEHRENDT, ESQ. for Touche Ross & Co. |
| 80/04/01 | 40 | MEMORANDUM IN SUPPORT -- Deft. Nat'l Iranian Oil Co. -- w/cert. of svc. (ea) |
| 80/04/01 | 41 | RESPONSE, CERT. OF SVC. -- Defts. Polyacryl Iran Corp., Shahba ersian Carpet Co., Iran-Hamburg Handelsgesellschaft, Mahnakh Spinning and Weaving Co., Farnakh Spinning and Weaving Co., Akam Bldg. Industries Co., Behshahr Industrial Co., Ltd., Melli Industrial Group, Iran Tractor Manuf. Co., Gov't Trading Corp., Hammadan Glass Co., and Lanac Corp. (ea) |
| 80/04/01 | 42 | OPPOSITION AND RESPONSE, CERT. OF SVC. -- Pltfs. Advanced Computer Techniques Corp., and Inter-Act Corp. (ea) |
| 80/04/02 | 43 | SUPPLEMENTAL RESPONSE, CERT. OF SVC. -- E. I. Du Pont De Nemours and Co. (ea) |
| 80/04/03 | 44 | RESPONSE, BRIEF, CERT. OF SVC. -- Badger America. (ea) |
| 80/04/04 | 45 | RESPONSE, BRIEF, CERT. OF SVC. -- Pltf. Bank of Amer. Nat'l Trust and Savings Assoc. (ea) |
| 80/04/04 | 46 | SUPPLEMENTAL RESPONSE, CERT. OF SVC. -- Herman Blum Consulting Engineers, Inc. (ea) |
| 80/04/07 | 47 | LETTER JOINING IN RESPONSE OF CERTAIN OF THE NEW YORK PLTFS CERT. OF SVC. -- Nasser Esphahanian. (ea) |
| 80/04/07 | 48 | SUPPLEMENTAL RESPONSE, CERT. OF SVC--Nasser Esphahanian.(ea |
| 80/04/07 | 49 | REPLY, CERT. OF SVC. -- Bankers Trust Co. (ea) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- p. 8

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/04/07 | 50 | RESPONSE/BRIEF -- Pltfs. Americ. International Group, Inc. -- w/Exhibit A, B & C and cert. of svc.   (emh) |
| 80/04/09 | 51 | MEMORANDUM, CERT. OF SVC. -- Chase Manhattan Bank,N.A. (ea) |
| 80/04/10 | 52 | REPLY BRIEF, EXHIBITS A thru F, CERT. OF SVC. -- The Islamic Republic of Iran (State of Iran).   (ea) |
| 80/04/11 | 53 | RESPONSE, CERT. OF SVC. -- Chas. T. Int'l Inc. and New England Merchants Nat'l Bank.  (ea) |
| 80/04/11 | 54 | LETTER, CERT. OF SVC. -- Bimeh Melli Ins. Co. (ea) |
| 80/04/14 | 55 | RESPONSE, CERT. OF SVC. -- Republic Nat'l Bank of NY. (ea) |
| 80/04/14 | 56 | RESPONSE, CERT. OF SVC. -- Citibank, N.A.  (ea) |
| 80/04/15 | 57 | MEMORANDUM, CERT. OF SVC. -- Deft. Iranian Military Industries Organization.   (ea) |
| 80/04/16 | 58 | MEMORANDUM/RESPONSE, CERT. OF SVC. -- Rockwell Int'l Corp. and Rockwell Int'l Systems, Inc.   (ea) w/ExhibitA |
| 80/04/21 | 59 | JOINDER IN REPLY BRIEF, W/CERT. OF SVC.-- Deft. Iranian Military Industries Organization. (ea) |
| 80/04/21 | | APPEARANCE -- ############################# Douglas R. Backeberg,Esq. for Bank of America National Trust and Savings Association. (ea) |
| 80/04/21 | | APPEARANCE -- Sandor E. Samuels, Esq. for Rockwell Int'l Corp. and Rockwell Int'l Sys., Inc.   (ea) |
| 80/04/22 | 60 | REQUEST FOR ADDITIONAL TIME TO PRESENT ORAL ARGUMENT -- Touche Ross & Co.; Nat'l Airmotive Corp and Republic Corp. -- GRANTED 20 minutes.  (ea) |
| 80/04/22 | | HEARING APPEARANCES for hearing held in San Fran., Cal. on April 24, 1980 -- Thomas G. Shack, Jr., Esq. for Islamic Republic of Iran; ###################; Ministries of Defense, Econ. Affairs, Energy & Nat'l Resources, Cooperatives & Rual Affairs, Post, Telegraph & Telephone, Hous#ing & Urban Development; National Petro#chemical Co.; Nat'l Iranian Gas Co.; Kangan Liquified Nat'l Gas Corp.; Williams Brothers; ########### Iranian Air Force; Iran Aircraft Ind.; Iran Helicopter Support and Renewal; Industrial Development & Renovation Organization; Housing Organization of the Gov't of Iran; Telecommunications Co. of Iran; Information Systems Iran; Iranian Ministry of Mines; Iran Tobacco Co. and Iran Int'l Shipping Lines.  Leonard B. Boudin, Esq. for Bank Markazi Iran.  Daniel P. Levitt, Esq. for Agricultural Develop ment Bank of Iran; Bank Bazargani Iran; Bank Bimeh Iran; Bank Dariush; Bank Fahargian; Bank Iranshahr; Bank Melli Iran; Bank Omran; Bank Pars; Bank Rahni Iran; Bank Russo Iran; Bank Sakhteman; Bank Sanaye Iran; Bank Sepah; Bank Shahryar; Bank of Teheran; Bank Tejarat; Banque Etebarate Iran; Development and Investment Bank of Iran; Foreign Trade Bank of Iran; Foreign Trade Bank of Iran; Industrial Credit Bank; Bank Etabarat Sanati; continued |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 --  In re Litigation Involving the State of Iran

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/04/22 | Cont. | Hearing Appearances continued -- Industrial and Mining Development Bank of Iran; Int'l Bank of Iran; Int'l Bank of Iran and Japan; Iran Bank; Iranian's Bank; and Bank Sepah-New York Agency. Alice Daniel, Esq. for Gov't of the United States; Douglas R. Backeberg, Esq. for Bank of America N.T. & S.A.; George Weisz,Esq. for E. I. du Pont de Nemours & Co., Inc.; Wells Fargo Bank, N.A.; Syska & Hennessy, Inc.; MellonBank, N.A.; Mellon Int'l Finance Corp.; Lockheed Corp.; Morgan Guaranty Trust Co. of New York; (Consortium) Joint Venture S.A. Enterprises, Jan De Nul and Dragomar, S.P.A.; Walter J. Johnson, Inc.; The Marschalk Co.; Crocker Nat'l Bank; The First Nat'l Bank of Chicago; First Chicago Int'l Banking Corp; Offshore Int'l, S.A.; William L. Pereira Assoc. Iran; Itek Corp.; Northwestern Nat'l Bank of Minneapolis; Seattle-First Nat'l Bank; General Petrochemicals Corp.; GTE Int'l Inc.; United Virginia Bank; Air La Carte, Inc.; Morgan Guaranty Trust Co. of New York; Shawmut Bank of Boston, N.A.; Westinghouse Electric Corp.; Starrett Housing Corp.; and Frederick S. Wyle, etc.; and America Security Bank. Samuel Hoar, Esq. for Chas. T. Main Int'l, Inc. and New England Merchants Nat'l Bank. John T. Behrendt, Esq. for Touche Ross & Co.; Nat'l Airmotive Corp, and Republic Corp.;A. E. Gaede, Jr., Esq. for Blount Brothers Corp., etal.; Charles N. Brower, Esq. for American Int'l Group, Inc.; John W. Dickey, Esq. for Marine Midland Bank; Lawrence W. Newman, Esq. for Reading & Bates Corp., et al.; Reading & Bates Drilling Co.; Reading & Bates Exploration Co.; Sedco Int'l, S.A.; Sediran Drilling Co.; Williams Brothers Int'l Corp.; Sedco, Inc. as Assignee of Iran Marine Industrial Co.; Otis Engineering Corp.; Halliburton Limited ; Houston ######## Contracting Co.; IMCO Svc. (U.K.) Ltd.; Irano-Reading & Bates, S.S.K.; Intergoll-Rand Co. Enserch Svc. Co. of Iran.  Frank Cicero, Esq. for Roy O. Allen, et al.; Louis C. Lustenberger,Jr., Esq. for Harris Corp., etal. William A. Helvestine, Esq. for Equibank, N.A.; Jeffrey M. Hammerling, Esq. for Dames & Moore; Stephen L. Truitt, Esq. for Cabot Int'l Capitol Corp.; James J. Haugh, Esq. for Manufacturers Hanover Trust Co.; Thomas L. Shriner, Esq. for First Wisc. Nat'l Bank of Milwaukee; Michael C. Kelley, Esq. for Hood Corp; Richard G. Bell, Esq. for Granger Assoc. and Watkins Johnson, Co., et al.; Harold Hoffman, Esq. for E-Systems, Inc.; and TAI, Inc.; Michael M. Conway, Esq. for Chicago Bridge & Iron Co.; Gerald M. Singer, Esq. for Daniel, Mann, Johnson & Mendenhall; Gerald P. Urbach, Esq. for Herman Blum Consulting Engineers, Inc.; Peter M. Lauriate, Esq. for Badger America, Inc.; Alan P. Ribakoff, Esq. for William L. Pereira Assoc.; Michael Byrd, Esq. for Continental Mechanical of the Middle East, Ltd. et al.; Martin Glenn, Esq. for Santa Fe Int'l Corp., Santa Fe Int'l Svc. Inc. and Sante Fe Overseas, Inc.; and Jonathan Ainsworth, Esq. for Tchacosh,etal.(ea) |

JPML FORM lA

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- In re Litigation Involving the State of Iran

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 80/04/22 | | WAIVERS OF ORAL ARGUMENT for hearing held in San Fran., Cal. on April 24, 1980 -- Rockwell Int'l Corp.; Rockwell Int'l Systems Inc.; John Doe I and II; Advanced Computer Techniques Corp. and Inter-ACT Corp.; Hawaiian Agronomics Co.; T.C.S.B., Inc.; McCollough & Co., Inc.; Citibank, N.A.; European-American Bank & Trust Co. and European-American Banking Corp.; The Chase Manhattan Bank, N.A.; American Security Bank, N.A. and American Security Bank Int'l, Ltd.; Atlantic Richfield Co., Arco Exploration, Inc. and Arco Int'l Svc., Inc.; Girard Bank; Chemical Bank; Irving Trust Co. and American Express Int'l Banking Corp.; Bank Saderat Iran; Deutsch Iranische Handelsbank; Iranian Military Industries Organization; Central Insurance of Iran (Bimeh Markazi Iran); Polyacryl Iran Corp., Gov't Trading Corp. of Iran, Iran Tractor Manuf. Co., Hammadam Galss Co., Akam Building Industries Co., Ltd., Behshahr Industrial Co., Ltd., Melli Industrial Group, Lanac Corp., Shahbaf Persian Carpet Co., Iran-Hamburg Handelsgesellschaft, m.b.h., Mahnakh Spinning and ~~Weaving Co.~~ Weaving Co. and Farnakh Spinning and Weaving Co. (ea) |
| 80/04/23 | | APPEARANCE -- Jonathan Ainsworth, Esq. for Tchacosh, et al.   (ea) |
| 80/05/07 | | ORDER DENYING TRANSFER -- Notified involved counsel, judges and clerks  (cds) |
| 80/04/24 | 61 | FILED IN OPEN COURT -- Request for Deft. Islamic Republic of Iran for 20 additional minutes for presentation of oral argument at the 4/24/80 hearing.  (emh) |
| Dec. 11, | 1996 | Sealed documents were ~~shredded~~ *shredded*:  Complaints and docket sheets – NYS 79-6420, NCM 6:79-734, NCM 6:79-767, appearances, Other Courts orders dated 2/15/80 and 4/10/80  (vmc) |

JPML Form 1

Revised: 8/78

DOCKET NO. 425 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LITIGATION INVOLVING THE STATE OF IRAN (ISLAMIC REPUBLIC OF IRAN)

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 7, 1980 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED:  May 7, 1980

JPML FORM 1                    LISTING OF INVOLVED ACTIONS

DOCKET NO. 425 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Blount Bros. Corp., et al. v. Govt. of Iran | Cal.,C Gray | 79-04987 | | | | |
| A-2 | Dames & Moore v. Atomic Energy Organization of Iran, et al. | Cal.,C Waters | 79 04918 | | | | |
| A-3 | Daniel, Mann, Johnson & Mendenhall v. Imperial Govt. of Iran, et al. | Cal.,C Waters | 80-277-LEW | | | | |
| A-4 | First Nat'l Bank of Chicago v. Govt. and State of Iran, et al. | Cal.,C Hawk | 79-4750 | | | | |
| A-5 | Hawaiian Agronomics Co. v. Govt. of Iran, et al. | Cal.,C | 79-4875 | | | | |
| A-6 | Hood Corp. v. Islamic Republic of Iran | Cal.,C | 80-0175 | | | | |
| A-7 | Lockheed Corp. v. Govt. of Iran, et al. | Cal.,C Gray | 79-4697 | | | | |
| A-8 | Santa Fe International Corp., et al. v. Nat'l Iranian Oil Co., et al. | Cal.,C Lucas | 79-4780 | | | | |
| A-9 | Security Pacific Nat'l Bank v. The Govt. and State of Iran, et al. | Cal.,C | 79-4661 | | | | |
| A-10 | Tchacosh Co., et al. v. Govt. of Iran, et al. | Cal.,C | 79-4932 | | | | |
| A-11 | Touche Ross & Co. v. Islamic Republic of Iran | Cal.,C Lydick | CV80-0128 | | | | |
| A-12 | United California Bank v. Islamic Republic of Iran, et al. | Cal.,C Gray | 79-04690 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | William L. Pereira Assoc., Iran v. Govt. of Iran, et al. | Cal.,C Byrne | 79-4789 | | | | |
| A-14 | Bank of America Nat'l Trust & Savings Assn. v. State of Iran | Cal.,N Orrick | C79-3646 | | | | |
| A-15 | Blount Bros. Corp., et al. v. Govt. of Iran, et al. | Cal.,N | C79-3892 | | | | |
| A-16 | Crocker Nat'l Bank v. Bank Melli Iran, et al. | Cal.,N Peckham | C79-3555 | | | | |
| A-17 | Equibank, N.A. v. Bank Pars, et al. | Cal.,N Peckham | C79-3772 | | | | |
| A-18 | Granger Assoc. v. Islamic Republic of Iran | Cal.,N | C80-0169 | | | | |
| A-19 | Mellon Bank, N.A. v. State of Iran, et al. | Cal.,N | C80-0019 | | | | |
| A-20 | Mellon International Finance Corp. v. State of Iran, et al. | Cal.,N | C80-0018 | | | | |
| A-21 | T.C.S.B., Inc. v. Islamic Republic of Iran, et al. | Cal.,N Orrick | C80-0101 | | | | |
| A-22 | Watkins Johnson Co., et al. v. Islamic Republic of Iran | Cal.,N | C79-3963 | | | | |
| A-23 | Wells Fargo Bank, N.A. v. Polyacryl Iran Corp., et al. | Cal.,N | C-79 3554 | | | | |
| A-24 | Citibank, N.A. v. State of Iran, et al | Cal.,N Peckham | C79-3542 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-25 | Aeromaritime, Inc. v. Islamic Republic of Iran, et al. | D.C. Green | 80-0476 | | | | |
| A-26 | Aeromaritime, Inc. v. Islamic Republic of Iran, et al. | D.C. Penn | 80-0477 | | | | |
| A-27 ✓ | American International Group, Inc., et al. v. Islamic Republic of Iran, et al. | D.C. Hart | 79-3298 | | | | |
| A-28 | Blount Bros. Corp., et al. v. Govt. of Iran, et al. | D.C. | 79-3376 | | | | |
| A-29 ✓ | Cabot International Capital Corp. v. Govt. of Iran, et al. | D.C. | 79-3448 | | | | |
| A-30 | Santa Fe International Services, Inc., et al. v. Nat'l Iranian Oil Co., et al. | D.C. Smith | 79-3325 | | | 2/8/80 | |
| A-31 | T.C.S.B., Inc. v. Islamic Republic of Iran, et al. | D.C. Hart | 79-3395 | | | | |
| A-32 | United States Filter Corp., et al. v. Islamic Republic of Iran, et al. | D.C. Gasch | 79-3449 | | | | |
| A-33 | Harris Corp., et al. v. The State of Iran, et al. | Fla.,M Reed | 80-23-ORL | | | | |
| A-34 | Roy O. Allen, et al. v. Islamic Republic of Iran, et al. | Ill.,N Will | 79-C-5263 | | | | |
| A-35 | Blount Bros. Corp., et al. v. Govt. of Iran, et al. | Ill.,N Crowley | 79-C-5431 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-36 | Chicago Bridge & Iron Co. v. National Iranian Oil Co., et al. | Ill.,N Perry | 79-C5411 | | | | |
| A-37 | Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | Ill.,N Roszkowski | 79-C-5206 | | | | |
| A-38 | Webber Marking Systems, Inc. v. E.I. Du Pont de Nemours & Co., et al. | Ill.,N | 79 C-4712 | | | | |
| A-39 | Blount Brothers Corp., et al. v. The Govt. of Iran, et al. | La.,E Beer | 79-5094 | | | | |
| A-40 | The First Nat'l Bank of Chicago, et al. v. Agricultural Development Bank of Iran, et al. | La.,E Beer | 79-5099 | | | | |
| A-41 | Harnischfeger Corp., etc. v. The Ministry of Roads & Transportation | La.,E | 80-0089 | | | | |
| A-42 | Irving Trust Co. v. The Govt. of Iran, et al. | La.,E | 80-0130 | | | | |
| A-43 | Badger America, Inc. v. Industrial Development & Renovation Organization, et al. | Mass | 79-2318-K | | | | |
| A-44 | Chas. T. Main International, Inc. v. Khuzestan Water & Power Authority, et al. | Mass Keeton | 79-2304-C | | | | |
| A-45 | ITEK Corp. v. The Govt. of Iran, et al. | Mass | 79-2383 | | | | |

JBML FORM 1 -- Continuation ⊛

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-46 | New England Merchants Nat'l Bank v. Iran Power Generation and Transmission Co.(TAVANIR), et al. | Mass Caffrey | 79-2352 ✓ | | | | |
| A-47 | Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | Mass Caffrey | 79-2443 ✓ | | | | |
| A-48 | Advanced Computer Techniques Corp. and Inter Act Corp. v. Information Systems Iran Organization of the Govt. of Iran, et al. | N.Y.,S | 80 Civ 0031 | | | | |
| A-49 | American Express International Banking Corp. v. M. Rabim Mottaghi Irvani | N.Y.,S | 80 Civ 795 | | | | |
| A-50 | American Express International Banking Corp. v. The State of Iran, et al. | N.Y.,S Brient | 79 Civ 6429 | | | | |
| A-51 | American International Group, Inc., et al. v. Islamic Republic of Iran | N.Y.,S Goettel | 79 Civ 6696 | | | | |
| A-52 | American Security Bank, N.A., et al. v. Iranian's Bank, et al. | N.Y.,S Ward | 79 Civ 6434 | | | | |
| A-53 | Atlantic Richfield Co. v. Lavan Petroleum Co. | N.Y.,S Duffy | 79 Civ 6714 | | | | |
| A-54 | Bankers Trust Co. v. State of Iran, et al. | N.Y.,S Werker | 79 Civ 6376 | | | | |
| A-55 | Blount Brothers Corp., et al. v. The Govt. of Iran, et al. | N.Y.,S Pierce | 79 Civ 6398 | | | | |
| A-56 | Blount Brothers Corp. v. The Govt. of Iran, et al. | N.Y.,S | 79 Civ 6487 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-57 | Blount Brothers Corp. v. The Govt. of Iran, et al. | N.Y.,S | 79 Civ 6486 | | | | |
| A-58 | Cabot International Capital Corp. v. Govt. of Iran, et al. | N.Y.,S Goettel | 80 Civ 0098 | | | | |
| A-59 | Caviar & Fine Food, Inc. v. Pancaviar Corp. Pancaviar, S.A. v. Nat'l Iranian Fisheries, et al. | N.Y.,S Conner | 79 Civ 6835 | | | | |
| A-60 | Chas. T. Main International, Inc. v. Govt. of Iran, et al. | N.Y.,S Leval | 79 Civ 6276 | | | | |
| A-61 | Chase Manhattan Bank, N.A. v. The State of Iran, et al. | N.Y.,S Griesa | 79 Civ 6644 | | | | |
| A-62 | Citibank, N.A. v. The State of Iran, et al. | N.Y.,S. Werker | 79 Civ 6362 | | | | |
| A-63 | Crocker National Bank v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6493 | | | | |
| A-64 | Damodar Tanabe Bulk Carriers, Ltd. v. Govt. Trading Corp. of Tehran, Iran, et al. | N.Y.,S Lasker | 79 Civ 6758 | | | | |
| A-65 | E.I. DuPont de Nemours & Co. v. The State of Iran, et al. | N.Y.,S Owen | 79 Civ 6430 | | | | |
| A-66 | Ensearch Service Co. of Iran v. National Iranian Oil Co. | N.Y.,S Conner | 80 Civ 0560 | | | | |
| A-67 | Nasser Esphahanian v. Iranian's Bank | N.Y.,S | 79 Civ 6188 | | | | |
| A-68 | European American Banking Corp., et al. v. Bank Bazargani Iran, et al. | N.Y.,S | 79 Civ 6316 | | | | |

JBML FORM 1 -- Continuation

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-69 | First Nat'l Bank of Boston v. Bank Sakhteman, et al. | N.Y.,S Haight | 79 Civ 6414 | | | | |
| A-70 | The First Nat'l Bank of Boston v. Khuzestan Water and Power Authority, et al. | N.Y.,S Lowe | 79 Civ 6621 | | | | |
| A-71 | The First National Bank of Boston v. Hammadan Glass Co., et al. | N.Y.,S Motley | 79 Civ 6620 | | | | |
| A-72 | The First Nat'l Bank of Boston v. Iran Nat'l Airlines Corp., et al. | N.Y.,S Haight | 79 Civ 6416 | | | | |
| A-73 | The First Nat'l Bank of Boston v. Iranian's Bank, et al. | N.Y.,S | 79 Civ 6588 | | | | |
| A-74 | The First Nat'l Bank of Boston v. Kashan Velvet & Rayon Mills, Ltd., et al. | N.Y.,S Griesa | 79 Civ 6587 | | | | |
| A-75 | The First Nat'l Bank of Boston v. Mazandaran Textile Co., et al. | N.Y.,S Sweet | 79 Civ 6415 | | | | |
| A-76 | The First Nat'l Bank of Boston v. Nat'l Petrochemical Co. of Iran | N.Y.,S Connor | 79 Civ 6412 | | | | |
| A-77 | The First Nat'l Bank of Chicago v. Agricultural Development Bank of Iran, et al. | N.Y.,S Griesa | 79 Civ 6331 | | | | |
| A-78 | General Petrochemicals Corp. v. Govt. and State of Iran, et al. | N.Y.,S | 79 Civ 6709 | | | | |
| A-79 | Girard Bank v. Bank Pars, et al. | N.Y.,S Sand | 79 Civ 6440 | | | | |
| A-80 | GTE International Inc., et al. v. Telecommunications Co. of Iran, et al. | N.Y.,S | 80 Civ 0933 | | | | |
| A-81 | Hadley Shipping Co., Ltd. v. Govt. Trading Corp. of Tehran, Iran, et al. | N.Y.,S | 79 Civ 6840 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-82 | Halliburton, Ltd. v. Nat'l Iranian Oil Co. | N.Y.,S Sweet | 79 Civ 6485 | | | | |
| A-83 | Houston Contracting Co. v. Nat'l Iranian Oil Co. | N.Y.,S Goettel | 79 Civ 6488 | | | | |
| A-84 | Houston Contracting Co. v. Nat'l Iranian Oil Co. | N.Y.,S Lasker | 79 Civ 6489 | | | | |
| A-85 | IMCO Services (U.K.), Ltd. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6525 | | | | |
| A-86 | Ingersoll-Rand Co. v. Nat'l Iranian Gas Co., et al. | N.Y.,S Sweet | 79 Civ 6867 | | | | |
| A-87 | Irano-Reading & Bates S.S.K. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6831 | | | | |
| A-88 | Irving Trust Co. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6369 | | | | |
| A-89 | Irving Trust Co. v. Bank Markazi | N.Y.,S | 80 Civ 0233 | | | | |
| A-90 | ITEK Corp. v. Govt. of Iran, et al. | N.Y.,S | 79 Civ 6468 | | | | |
| A-91 | John Doe v. Govt. of Iran, et al. | N.Y.,S Conner | 79 Civ 6420 | | | | |
| A-92 | John Doe II v. Govt. of Iran, et al. | N.Y.,S Conner | 79 Civ 6852 | | | | |
| A-93 | Lockheed Corp. v. Govt. of Iran, et al. | N.Y.,S Knapp | 79 Civ 6606 | | | | |
| A-94 | Logos Development Corp. v. Information Systems Iran of the Islamic Republic of Iran | N.Y.,S Conner | 80 Civ 0033 | | | | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 9

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-95 | Manufacturer's Hanover Trust Co. v. The State of Iran, et al. | N.Y.,S | 79 Civ 6512 | | | | |
| A-96 | Marine Midland Bank v. Bank Sepah, et al. | N.Y.,S | 80 Civ 0615 | | | | |
| A-97 | The Marschalk Co., Inc. v. Iran Nat'l Airlines Corp., et al. | N.Y.,S Motley | 79 Civ 7035 | | | | |
| A-98 | McCollough and Co., Inc. v. Govt. of Iran, et al. | N.Y.,S Sweet | 80 Civ 0406 | | | | |
| A-99 | Mellon Bank, N.A. v. State of Iran, et al. | N.Y.,S Pierce | 79 Civ 6470 | | | | |
| A-100 | Mellon International Finance Corp. v. State of Iran, et al. | N.Y.,S Haight | 79 Civ 6860 | | | | |
| A-101 | Morgan Guaranty Trust Co. of New York v. State of Iran, et al. | N.Y.,S Werker | 79 Civ 6312 | | | | |
| A-102 | New England Merchants Nat'l Bank v. Iran Power Generation & Transmission Co., et al. | N.Y.,S Duffy | 79 Civ 6380 | | | | |
| A-103 | Northwestern Nat'l Bank of Minneapolis v. Bank of Tehran, et al. | N.Y.,S | 79 Civ 6467 | | | | |
| A-104 | Offshore International, S.A., v. Iran Pan American Oil Co., et al. | N.Y.,S Werker | 79 Civ 6483 | | | | |
| A-105 | Otis Engineering Corp. v. Nat'l Iranian Oil Co. | N.Y.,S Sweet | 79 Civ 6484 | | | | |
| A-106 | Pan Am World Airways, Inc., et al. v. Bank Melli Iran, et al. | N.Y.,S Conner | 79 Civ 1190 | | | | |
| A-107 | Reading & Bates Corp., et al. v. Nat'l Iranian Oil Co. | N.Y.,S Goettel | 79 Civ 4421 | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-108 | Reading & Bates v. Nat'l Iranian Oil Co. | N.Y.,S Goettel | 79 Civ 6035 | | | | |
| A-109 | Reading & Bates Drilling Co. v. Nat'l Iranian Oil Co. | N.Y.,S Haight | 79 Civ 6034 | | | | |
| A-110 | Republic Nat'l Bank of New York v. Bank of Tehran | N.Y.,S Goettel | 79 Civ 6371 | | | | |
| A-111 | (Consortium) Joint Venture of S.A. Entreprises Jan de Nul & Dragomar S.P.A. v. Brown & Root International, Ltd., et al. | N.Y.,S Leval | 80-791 | | | | |
| A-112 | Santa Fe International Corp., et al. v. Nat'l Iranian Oil Co., et al. | N.Y.,S | 79 Civ 6693 | | | | |
| A-113 | Seattle First Nat'l Bank v. Industrial Mining & Development Bank of Iran, et al. | N.Y.,S Carter | 79 Civ 6497 | | | | |
| A-114 | Security Pacific Nat'l Bank v. Govt. and State of Iran, et al. | N.Y.,S Duffy | 79 Civ 6461 | | | | |
| A-115 | Sedco, Inc., etc. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6279 | | | | |
| A-116 | Sedco International S.A. v. Nat'l Iranian Oil Co. | N.Y.,S Conner | 79 Civ 6115 | | | | |
| A-117 | Sediran Drilling Co. v. Nat'l Iranian Oil Co. | N.Y.,S Griesa | 79 Civ 6117 | | | | |
| A-118 | Shawmut Bank of Boston v. State of Iran, et al. | N.Y.,S Pierce | 79 Civ 6749 | | | | |

JBML FORM 1 -- Continuation

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-119 | Shawmut Bank of Boston, N.A. v. State of Iran, et al. | N.Y.,S Pierce | 79 Civ 6748 | | | | |
| A-120 | Starrett Housing Corp., et al. v. Govt. of Iran, et al. | N.Y.,S Leval | 79 Civ 6364 | | | | |
| A-121 | Syska & Hennessy, Inc. v. State of Iran | N.Y.,S Lasker | 79 Civ 6810 | | | | |
| A-122 | Transportation Consultants International v. Iran Nat'l Airlines | N.Y.,S | 79 Civ 6508 | | | | |
| A-123 | Trustees of Columbia Univeristy v. State of Iran, et al. | N.Y.,S Sweet | 80 Civ 0241 | | | | |
| A-124 | United Technologies Corp., et al. v. Citibank, N.A., et al. | N.Y.,S | 79 Civ 1192 | | | | |
| A-125 | United Virginia Bank v. Industrial Credit Bank of Iran, et al. | N.Y.,S | 79 Civ 6480 | | | | |
| A-126 | Vetco, Inc., et al. v. State of Iran, et al. | N.Y.,S Leval | 79 Civ 6933 | | | | |
| A-127 | Walter J. Johnson, Inc. v. Govt. of Iran, et al. | N.Y.,S | 80 Civ 0078 | | | | |
| A-128 | Wells Fargo Bank, N.A. v. Polyacryl Iran Corp., et al. | N.Y.,S. Ward | 79 Civ 6475 | | | | |
| A-129 | Westinghouse Electric Corp. v. State of Iran, et al. | N.Y.,S Pierce | 80 Civ 0838 | | | | |
| A-130 | Williams Bros. International Corp. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6195 | | | | |
| A-131 | Williams Bros. International Corp. v. Nat'l Iranian Oil Co. | N.Y.,S | 79 Civ 6196 | | | | |

DOCKET NO. \_\_\_\_\_ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-132 | William L. Pereira Assoc. v. Imperial Medical Center of Iran, et al. | N.Y.,S Sufaer | 80 Civ 0512 | | | | |
| A-133 | Frederick S. Wyle v. Master Shipping Agency, Inc. et al. | N.Y.,S Sand | 80 Civ 0383 | | | | |
| A-134 | Chemical Bank v. The Govt. of Iran, et al. | N.Y.,S Werker | 79 Civ 6344 | | | | |
| A-135 | The First Nat'l Bank of Boston v. Industrial & Mining Development Bank of Iran, et al. | N.Y.,S | 79 Civ 6413 | | | | |
| A-136 | Sediran Drilling Co. v. Nat'l Iranian Oil Co. | N.Y.,S Ward | 79 Civ 6116 | | | | |
| A-137 | Carolina Chandler Corp. v. Arya National Shipping Lines, S.A., et al. | N.C.,E | 79-123-Civ-7 | | | | |
| A-138 | Equibank v. Bank Pars. | Pa.,W Bloch | 79-1781 | | | | |
| A-139 | Continental Mechanical of the Middle East, Ltd., et al. v. Iran Electronics Industries, et al. | Tex.,N Hill | 3-79-1534-D | | | | |
| A-140 | E-Systems, Inc. v. Islamic Republic of Iran, et al. | Tex.,N | CA3-79-1487G | | | | |
| A-141 | Herman Blum Consulting Engineers, Inc. v. Iran Electronics Industries, et al. | Tex.,N Porter | 3-80-0025-F | | | | |
| A-142 | ITEK Corp. v. E-Systems, Inc., et al. | Tex.,N | CA3-79-1492 | | | | |

JPML FORM 1 -- Continuation ®

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-143 | TAI, Inc. v. Islamic Republic of Iran, et al. | Tex.,N Hill | CA3-79-1500 | | | | |
| A-144 | Blount Brothers Corp., et al. v. Govt. of Iran, et al. | Tex.,S Black | H79-2608 | | | | |
| A-145 | Highlands Insurance Co. v. Bemeh Melli Insurance Co., et al. | Tex.S Bue | H-79-1739 | | | | |
| A-146 | S.A. Entreprises Jan de Nul, et al. v. Brown & Root, International, Ltd., et al. | Tex.,S Seals | H-80-131 | | | | |
| A-147 | Tokai Shipping Co., Ltd. v. Iran Express Lines, et al. | Tex.,S Black | H-79-2292 | | | | |
| A-148 | Bankers Trust Co. v. State of Iran, et al. | Wash.,W Sharp | C79-1420 | | | | |
| A-149 | Blount Bros. Corp., et al. v. The Govt. of Iran, et al. | Wash.,W | C79-1442-V | | | | |
| A-150 | Dames & Moore v. Atomic Energy Organization of Iran, et al. | Wash.,W Sharp | C 80 113-S | | | | |
| A-151 | McCollough and Co., Inc. v. Govt. of Iran, et al. | Wash.,W Tanner | C80-21T | | | | |
| A-152 | United States Filter Corp., et al. v. Islamic Republic of Iran, et al. | Wash.,W Tanner | C79-574T | | | | |
| A-153 | First Chicago International Banking Corp. v. Bank Omran, et al. | Wisc.,E Warren | 79-C-1002 | | | | |
| A-154 | The First National Bank of Chicago v. Agricultural Development Bank of Iran, et al. | Wisc.,E Warren | 79-C-1010 | | | | |

DOCKET NO. \_\_\_\_\_  -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-155 | First Wisconsin Nat'l Bank of Milwaukee v. Islamic Republic of Iran, et al. | Wisc.,E | 79-C-1001 | | | | |
| A-156 | Security Pacific Nat'l Bank v. The Govt. and State of Iran, et al. | Wisc.,E Gordon | 79-C-1047 | | | | |
| A-157 | Starrett Housing Corp., et al. v. Govt. of Iran, et al. | Wisc.,E Gordon | 79-C1011 | | | | |
| A-158 | Air La Carte, Inc. v. Iran Nat'l Airlines Corp., et al. | N.Y.,E Nickerson | 80 Civ 0142 | | | | |
| A-159 | John Doe I v. The Govt. of Iran, et al. | N.C., M Gordon | C79-767 | | | | |
| A-160 | John Doe II v. the Govt. of Iran, et al. | N.C.,M | C79-734 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- IN RE LITIGATION INVOLVING THE STATE OF IRAN

(ISLAMIC REPUBLIC OF IRAN)

p.1

| | |
|---|---|
| ISLAMIC REPUBLIC OF IRAN | AGRICULTURAL DEVELOPMENT BANK OF IRAN |
| MINISTRY OF DEFENSE | BANK BAZARGANI IRAN |
| MINISTRY OF ECONOMIC AFFAIRS | BANK BIMEH IRAN |
| MINISTRY OF ENERGY & NATIONAL RESOURCES | BANK DARIUSH |
| MINISTRY OF COOPERATIVES & RURAL AFFAIRS | BANK FARHARGIAN |
| MINISTRY OF POST, TELEGRAPH & TELEPHONE | BANK IRANSHAHR |
| MINISTRY OF HOUSING & URBAN DEVELOPMENT | BANK MELLI IRAN |
| NATIONAL PETROCHEMICAL CO. | BANK OMRAN |
| NATIONAL IRANIAN GAS CO. | BANK PARS |
| KANGAN LIQUIFIED NATIONAL GAS CORP. | BANK RAHNI IRAN |
| WILLIAMS BROTHERS" | BANK RUSSO IRAN |
| IRAN AIR | BANK SAKHTEMAN |
| IRANIAN AIR FORCE | BANK SANAYE IRAN |
| IRAN AIRCRAFT INDUSTRIES | BANK SEPAH |
| IRAN HELICOPTER SUPPORT AND RENEWAL | BANK SHAHRYAR |
| INDUSTRIAL DEVELOPMENT & RENOVATION | BANK OF TEHERAN |
| ORGANIZATION | BANK TEJARAT |
| HOUSING ORGANIZATION OF THE GOVERNMENT | BANQUE ETEBARATE IRAN |
| OF IRAN | ~~DEUTSCH-IRANISCHE HANDELSBANK A.G.~~ |
| TELECOMMUNICATIONS COMPANY OF IRAN | DEVELOPMENT AND INVESTMENT BANK OF |
| INFORMATION SYSTEMS IRAN | IRAN |
| IRANIAN MINISTRY OF MINES | FOREIGN TRADE BANK OF IRAN |
| IRAN TOBACCO COMPANY | INDUSTRIAL CREDIT BANK |
| IRAN INTERNATIONAL SHIPPING LINES | BANK ETABARAT SANATI |
| MASTER SHIPPING AGENCY | INDUSTRIAL AND MINING DEVELOPMENT |
| Thomas G. Shack, Jr., Esquire | BANK OF IRAN |
| Abourezk, Shack & Mendenhall, P.C. | INTERNATIONAL BANK OF IRAN |
| Suite 500, 1129 Twentieth St., N.W. | INTERNATIONAL BANK OF IRAN |
| Washington, D.C. 20036 | AND JAPAN |
| | IRAN BANK |
| NATIONAL IRANIAN OIL COMPANY | IRANIAN'S BANK |
| Robert P. Patterson, Jr., Esquire | BANK SEPAH-NEW YORK AGENCY |
| Patterson, Belknap, Webb & Tyler | Daniel P. Levitt, Esquire |
| 30 Rockefeller Plaza | Kramer, Levin, Nessen, Kamin & Soll |
| New York, New York 10020 | 919 Third Avenue |
| | New York, New York 10022 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. _425___ -- IN RE LITIGATION INVOLVING THE STATE OF IRAN _____

| | |
|---|---|
| THE MINISTRY OF SOCIAL WELFARE OF<br>  GOVERNMENT OF IRAN<br>IRAN JOINT-STOCK HOUSING COMPANY<br>GOSTARESH MASKAN, a nationalized company<br>KHUZESTAN WATER & POWER AUTHORITY<br>MAHAB CONSULTING ENGINEERS COMPANY<br>PARSMAIN ENGINEERS CO., a/k/a Parsmain,Inc.<br>IRAN POWER GENERATION & TRANSMISSION CO.<br>  a/k/a Tavanir, a/k/a Tavanir Co.<br>SHEPUR CHEMICAL CO., LTD.<br>MINISTRY OF WATER & POWER OF IRAN<br>GICAFOUR INCORPORATED<br>AKAM PRECAST CONCRETE COMPANY LTD.<br>YAMINEH COMPANY, LTD.<br>ALUMINUM FLUORIDE IRAN COMPANY<br>KHUZESTAN URBAN DEVELOPMENT ORGANIZATION<br><u>POWER GENERATION AND TRANSMISSION CO.</u><br>John Tracy, Esquire<br>Gadsby & Hannah<br>1815 H Street, N.W.<br>Washington, D.C.  20006<br><br>POLYACRYL IRAN CORP.<br>SHAHBAF PERSIAN CARPET CO.<br>IRAN-HAMBURG HANDELSGESELLSCHAFT<br>MAHNAKH SPINNING AND WAVING CO.<br>FARNAKH SPINING AND WEAVING CO.<br>AKAM BUILDING INDUSTRIES CO.<br>BEHSHAHR INDUSTRIAL CO., LTD.<br>MELLI INDUSTRIAL GROUP<br>IRAN TRACTOR MANUFACTURING CO.<br>GOVERNMENT TRADING CORP.<br>HAMMADAN GLASS CO.<br><u>LANAC CORP.</u><br>Roger Bryant Hunting, Esquire<br>Greenbaum, Wolff & Ernst<br>437 Madison Avenue<br>New York, New York  10022 | ATOMIC ENERGY ORGANIZATION OF IRAN<br>BATIMAN-FORTRES EQUIPMENT CO.<br>COPAR LABORATORIES, CO., LTD.<br>FERDOWSI UNIVERSITY<br>INTERNATIONAL CONSTRUCTION MACHINES<br>JUNDI SHAPUR UNIVERSITY<br>KARUN ARGO INDUSTRIES, INC.<br>KASHAN VELVET & RAYON MILLS, LTD.<br>MAZANDARAN TEXTILE CO.<br>NATIONAL IRANIAN FISHERIES CO.<br>PAHLAVI UNIVERSITY SCHOOL OF DENTRISTRY<br><u>UNIVERSITY OF TEHRAN</u><br>Elihu Inselbuch, Esquire<br>Gilbert, Segall and Young<br>430 Park Avenue<br>New York, New York  10022<br><br><u>BANK MARKAZI IRAN</u><br>Leonard B. Boudin, Esquire<br>Rabinowitz, Boudin, Standard,<br>Krinsky & Lieberman<br>30 East 42nd Street<br>New York, New York  10017<br><br><u>BANK SADERAT IRAN</u><br>Richard D. Gaines, Esquire<br>Fenwick, Stone, Davis & West<br>800 Third Avenue<br>New York, New York  10022<br><br><u>BIMEH MELLI INSURANCE COMPANY</u><br>Desmond T. Barry, Jr., Esquire<br>Condon & Forsyth<br>1251 Avenue of the Americas<br>New York, New York  10020<br><br>CENTRAL INSURANCE OF IRAN<br><u>(BIMEH MARKAZI IRAN)</u><br>John D. Aldock, Esquire<br>Shea & Gardner<br>1800 Massachusetts Ave., N.W.<br>Washington, D.C.  20036 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. __425__ -- __IN RE LITIGATION INVOLVING THE STATE OF IRAN__

| | |
|---|---|
| MINISTRY OF ROADS AND TRANSPORTATION<br>(No Appearance Received)<br>Morrison, Dunn, Cohen, Miller & Carney<br>17th Floor Standard Plaza<br>Portland, Oregon  97204 | ROCKWELL INTERNATIONAL CORP.<br><u>ROCKWELL INTERNATIONAL SYSTEMS, INC.</u><br>Sandor E. Samuels, Esq.<br>Munger, Tolles & Rickershauser<br>612 S. Flower St., 5th Floor<br>Los Angeles, Calif.  90017 |

NATIONAL IRANIAN NAVY
(No Apperance Received)
William Bussey, Esquire
Greenwood, Koby & Bussey
American Gereral Towers
2727 Allen Parkway
Houston, Texas  70019
GARNISHEES (A-39)(A-40)
CANAL PLACE VENTURE
JOSEPH C. CANIZARO
CANCO, INC.
Herschel L. Abbott, Jr., Esquire
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre
225 Baronne Street
18th Floor
New Orleans, Louisiana  70112


IRANIAN MILITARY INDUSTRIES ORGANIZATION
Thomas G. Smith, Esquire
Law Offices of
Gerald C. Sterns
490 Pacific Avenue
San Francisco, California  94133

DEUTSCH IRANISCHE HANDELSBANK, A.G.
Bruce A. Hecker, Esquire
Shea & Gould
330 Madison Avenue
New York, New York 10017


GARNISHEES  (A-144)
CITIES SERVICE CO.
CITIES SERVICE INTERNATIONAL, INC.
CITCO INTERNATIONAL PETROLEUM CO.
Simeon T. Lake, III, Esquire
Fulbright & Jaworski
Bank of the Southwest Building
Houston, Texas  77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. __425__ -- __IN RE LITIGATION INVOLVING THE STATE OF IRAN_____

_____(A-55)(A-56)_____

BLOUNT BROTHERS CORPORATION (A-1)(A-15)
 (A-28)(A-39) (A-35)(A-144)(A-149) (A-57)
A. H. Gaede, Jr., Esquire
Bradley, Arant, Rose & White
1500 Brown-Marx Building
Birmingham, Alabama  35203


DAMES & MOORE (A-2) (A-150)
C. Stephen Howard, Esquire
Tuttle & Taylor
609 S. Grand Avenue
Los Angeles, California  90017


DANIEL, MANN, JOHNSON & MENDENHALL (A-3)
Gerald M. Singer, Esquire
10100 Santa Monica Boulevard
Twenty Sixth Floor
Century City North Building
Los Angeles, California  90067


HAWAIIAN AGRONOMICS COMPANY (A-5)
Harold E. Mesirow, Esquire
Lillick McHose & Charles
1333 New Hampshire Avenue, N.W.
Suite 850
Washington, D.C.  20036


HOOD CORPORATION (A-6)
Ellen B. Friedman, Esquire
Kadison, Pfaelzer, Woodard, Quinn &
  Rossi
Fortieth Floor
707 Wilshire Boulevard
Suite 1114
Los Angeles, California  90017


LOCKHEED CORPORATION (A-7) (A-93)
James Ringer, Esquire
Roger & Wells
200 Park Avenue
New York, New York  10017


WILLIAM L. PEREIRA ASSOC., IRAN
(A-13, A-144)
Alan P. Ribakoff, Esquire
Monteleone & McCrory
5900 Wilshire Boulevard
Suite 2900
Los Angeles, Calif. 90036


SANTA FE INTERNATIONAL CORP. (A-8)
 (A-30)(A-112)
Martin Glenn, Esquire
O'Melveny & Myers
611 West Sixth Street
Los Angeles, California  90017


SECURITY PACIFIC NATIONAL BANK
 (A-9)(A-37)(A-47)(A-114)(A-156)
Joseph J. Santora, Esquire
Santora, Shenkman & Kushel
521 Fifth Avenue
New York, New York  10017


TCHACOSH COMPANY, LTD., ET AL. (A-10)
(No Apperance Received)
Jonathan Ainsworth, Esquire
10880 Wilshire Boulevard
Suite 1114
Los Angeles, California  90024


TOUCHE ROSS & CO. (A-11)
John T. Behrendt, Esq.
Gibson, Dunn & Crutcher
2029 Century Park East
Los  Angeles, Calif. 90067


UNITED CALIFORNIA BANK (A-12)
Mary Whitney Kenney, Esquire
707 Wilshire Blvd.
20th Floor
Los Angeles, California  90017



ITEK CORPORATION (A-24)(A-90)(A-142)(A-45)
NORTHWESTERN NATIONAL BANK OF
  MINNEAPOLIS (A-103)
SEATTLE-FIRST NATIONAL BANK (A-113)
George Weisz, Esquire
Cleary, Gottlieb, Steen & Hamilton
One State Street Plaza
New York, New York  10004

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. __425___ -- IN RE LITIGATION INVOLVING THE STATE OF IRAN

THE MARSCHALK CO., INC. (A-97)
CROCKER NATIONAL BANK (A-16)
WALTER J. JOHNSON, INC.  (A-97)(A-127)
Robert E. Bartkus, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison
345 Park Avenue
New York, New York   10022


BANK OF AMERICA NATIONAL TRUST &
 SAVINGS ASSOCIATION (A-14)
Douglas R. Backeberg, Esq.
555 California St., 8th Floor
P.O. Box 37000
San Francisco, Calif.   94137


EQUIBANK, N.A. (A-17)(A-138)
William A. Helvestine, Esquire
Armour, St. John, Wilcox & Goodin
440 Pacific Avenue
San Francisco, California   94133


GRANGER ASSOCIATES (A-18)
WATKINS JOHNSON CO., ET AL. (A-22)
Richard G. Bell, Esquire
Finch, Sauers, Player & Bell
755 Page Mill Rd., Bldg. A180
Palo Alto, California   94304


MELLON BANK, N.A. (A-19) (A-99)
MELLON INTERNATIONAL FINANCE
 CORPORATION (A-20) (A-100)
Daniel P. Gallagher, Jr., Esquire
Reed, Smith, Shaw & McClay
647 Union Trust Building
P.O. Box 2009
Pittsburgh, Pennsylvania  15219


T.C.S.B., Inc. (A-21)(A-31)
CABOT INTERNATIONAL CAPITAL CORP.
 (A-29) (A-58)
Stephen M. Truitt, Esquire
Wald, Harkrader & Ross
1300 Nineteenth St., N.W.
Washington, D. C.   20036


WELLS FARGO BANK, N.A. (A-23)(A-128)
Denis R. Salmon, Esquire
Brobeck, Phleger & Harrison
One Market Plaza, Spear Street Tower
San Francisco, Calif.   94105


CITIBANK, N.A. (A-24) (A-62)
John E. Hoffman, Esquire
Shearman & Sterling
53 Wall Street
New York, New York   10005


AEROMARITIME, INC. (A-25) (A-26)
Robert B. Wallace, Esquire
Surrey & Morse
1156 15th Street, N.W.
Washington, D. C.   20005


AMERICAN INTERNATIONAL GROUP, INC., ET AL.
 (A-27)(A-51)
Charles N. Bower, Esquire
White & Case
1747 Pennsylvania Ave., N.W.
Washington, D. C.   20006


HARRIS CORPORATION, ET AL. (A-33)
Louis C. Lustenberger, Jr., Esquire
Donovan, Leisure, Newton & Irvine
30 Rockefeller Plaza
New York, New York   10020


ROY O. ALLEN, ET AL. (A-34)
Frank Cicero, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois   60601


CHICAGO BRIDGE & IRON COMPANY (A-36)
Michael M. Conway, Esquire
Hopkins, Sutter, Mulroy, Davis
 & Cromartie
One First National Plaza, Suite 5200
Chicago, Illinois   60603


WEBER MARKING SYSTEMS, INC. (A-38)
Phillip D. Levey, Esquire
55 East Monroe St.
Suite 4333
Chicago, Illinois   60603

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___6___

DOCKET NO. _425___ -- __IN RE LITIGATION INVOLVING THE STATE OF IRAN__

HARNISCHFEGER CORP. (A-41)
Warren M. Schultz, Jr., Esquire
Jones, Walker, Waechter, Poitevant,
   Carrere & Denegre
225 Baronne Street – 18th Floor
New Orleans, Louisiana  70112

IRVING TRUST COMPANY (A-42)(A-88)
   (A-89)
Peter H. Kaminer, Esquire
Winthrop, Stimson, Putnam & Roberts
40 Wall Street
New York, New York  10005

BADGER AMERICA, INC. (A-43)
Peter M. Lauriat, Esquire
Herrick & Smith
100 Federal Street
Boston, Mass.  02110

NEW ENGLAND MERCHANTS NATIONAL BANK (A-46)
   (A-102)
CHAS. T. MAIN INTERNATIONAL, INC.(A-44)
   (A-60)
Carol Goodman, Esquire
Goodwin, Procter & Hoar
28 State St.
Boston, Mass.  02109

ADVANCED COMPUTER TECHNIQUES CORP.(A-48)
David B. Goldstein, Esquire
437 Madison Avenue, 17th Floor
New York, New York  10022

AMERICAN EXPRESS INTL. BANKING CORP.
   (A-49)(A-50)
John F. Pritchard, Esquire
Winthrop, Stimson, Putnam & Roberts
40 Wall Street
New York, New York  10005

AMERICAN SECURITY BANK, N.A. (A-52)
Herbert P. Minkel, Jr., Esq.
Fried, Frank, Harris, Shriver
   & Jacobson
One New York Plaza
New York, New York  10004

ATLANTIC RICHFIELD CO., ET AL. (A-53)
John A. Donovan, Esquire
Hughes, Hubbard & Reed
One Wall Street
New York, New York  10005

BANKERS TRUST COMPANY (A-54)(A-148)
P. B. Konrad Knake, Esquire
White & Case
14 Wall Street
New York, New York  10005

CAVIAR & FINE FOOD, INC. (A-59)
Mark H. Feldman, Esquire
Pester, Goldberg & Schiff
One Old Country Road
Carle Place, New York  11514

THE CHASE MANHATTAN BANK, N.A. (A-61)
Norman R. Nelson, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

CROCKER NATIONAL BANK (A-63)
Edmund T. King, II, Esquire
Severson, Werson, Berke &
   Melchior
One Embarcadero Center, 25th Floor
San Francisco, Calif.  94111

DAMODAR TANABE BULK CARRIERS, LTD.
   (A-64) (No Apperance Received)
Eric Lenck, Esquire
Freehill, Hogan & Mahar
21 West Fifth Avenue
New York, New York  10006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __7____

DOCKET NO. __425___ -- __IN RE LITIGATION INVOLVING THE STATE OF IRAN__

E.I. DUPONT DE NEMOURS & CO. (A-65)
Philip D. Pakula, Esquire
Townley & Updike
405 Lexington Ave.
New York, New York   10017

NASSER ESPHAHANIAN (A-67)
James Schreiber, Esquire
733 Third Ave.
New York, New York   10017

EUROPEAN AMERICAN BANKING CORP.,
  ET AL., (A-68)
Philip L. Graham, Jr., Esquire
Sullivan & Cromwell
125 Broad St.
New York, New York   10004

FIRST NATIONAL BANK OF BOSTON (A-69)
(A-70)(A-71)(A-72)(A-73)(A-74)(A-75)
(A-135)   (A-76)
Thomas A. Shaw, Jr., Esquire
Breed, Abbott & Morgan
Citicorp Center
153 East 53rd Street
New York, New York   10022

GENERAL PETROCHEMICALS CORP. (A-78)
David S. Pennock, Esquire
Alexander & Green
299 Park Avenue
New York, New York   10017

GIRARD BANK (A-79)
Donald Eng, Esquire
Hays & Landsman
11 Broadway
New York, New York 10004

GTE INTERNATIONAL INC., ET AL. (A-80)
UNITED VIRGINIA BANK (A-125)
AIR LA CARTE, INC. (A-158)
William Rand, Esquire
Coudert Brothers
200 Park Avenue
New York, New York 10017

HADLEY SHIPPING CO., LTD.(A-81)
(No Appearance Received)
Freehill, Hogan & Mahan
21 West Street
New York, New York   10006

READING & BATES CORP., ET AL. (A-107)(A-108)
READING & BATES DRILLING CO. (A-109)
IRANO-READING & BATES S.S.K. (A-87)
SEDCO INTERNATIONAL, S.A. (A-116)
SEDIRAN DRILLING CO. (A-136)(A-117)
SEDCO, INC. (A-115)
WILLIAMS BROTHERS INTL. CORP. (A-130)(A-131)
OTIS ENGINEERING CORP. (A-105)
HALLIBURTON LTD. (A-82)
HOUSTON CONTRACTING CO. (A-83)(A-84)
IMCO SERVICES (U.K.)LTD (A-85)
INGERSOLL-RAND CO. (A-86)
ENSERCH SERVICE CO. (A-66)
Lawrence W. Newman, Esquire
Baker & McKenzie
375 Park Avenue
New York, New York   10022

JOHN DOE (A-91)
TRANSPORTATION CONSULTANTS INTL. (A-122)
JOHN DOE II (A-92)
C. Stephen Heard, Jr., Esq.
McGarrahan & Heard
Ten Rockefeller Plaza
New York, New York   10020

MARINE MIDLAND BANK (A-96)
John W. Dickey, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York   10004

MCCOLLOUGH & CO., INC. (A-98)(A-151)
Jeremiah D. Lambert, Esquire
Peabody, Rivlin, Lambert & Myers
1150 Connecticut Ave., N.W.
Suite 1200
Washington, D.C.   20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___8___

DOCKET NO. _425___ -- IN RE LITIGATION INVOLVING THE STATE OF IRAN

| | |
|---|---|
| MORGAN GUARANTY TRUST CO. OF NEW YORK (A-101) | WESTINGHOUSE ELECTRIC CORP. (A-129 |
| Bartlett H. McGuire, Esquire | Irwin B. Robins, Esquire |
| Davis, Polk & Wardwell | Otterbourg, Steindler, Houston & |
| 1 Chase Manhattan Plaza | Rosen, P.C. |
| New York, New York  10005 | 230 Park Avenue |
| | New York, New York  10007 |

OFFSHORE INTERNATIONAL, S.A. (A-104)
Powell Pierpoint, Esquire
One Wall Street
New York, New York  10005

STARRETT HOUSING CORP. (A-120)(A-157)
Stephen Rackow Kaye, Esquire
Proskauer, Rose, Goetz & Mendelsohn
300 Park Avenue
New York, New York  10022

PAN AMERICAN WORLD AIRWAYS, INC., ET AL. (A-106)
Robert L. Haig, Esquire
Kelley, Drye & Warren
350 Park Avenue
New York, New York  10022

SYSKA & HENNESSY, INC. (A-121)
Robert M. Callagy, Esquire
Satterlee & Stephens
277 Park Avenue
New York, New York  10017

REPUBLIC NATIONAL BANK OF NEW YORK (A-110)
Brian J. Gallagher, Esquire
Kronish, Lieb, Shainswit, Weiner & Hellerman
1345 Avenue of the Americas
New York, New York  10019

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK (A-123)
Bryon Golden, Esquire
Halperin, Shivitz, Scholer, Schneider & Eisenberg
11 East 44th Street
New York, New York  10017

(CONSORTIUM) JOINT VENTURE S.A. ENTREPRISES, ET AL. (A-111)
Richard C. Johnson, Esquire
Seyfarth, Shaw, Fairweather & Geraldson
1111 19th St., N.W.
Washington, D.C.  20036

VETCO, INC.,ET AL. (A-126)
Lawrence G. Golde, Esquire
Rosenman, Colin, Freund Lewis & Cohen
575 Madison Avenue
New York, New York  10022

SHAWMUT BANK OF BOSTON, N.A. (A-118) (A-119)
Kurt J. Wolff, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York  10007

FREDERICK S. WYLE, ETC. (A-133)
John P. Vayda, Esquire
Kirlin, Campbell & Keating
120 Broadway
New York, New York  10005

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___9___

DOCKET NO. __425__ -- __IN RE LITIGATION INVOLVING THE STATE OF IRAN__

---

CHEMICAL BANK (A-134)
Ralph L. McAfee, Esquire
Cravath, Swaine & Moore
One Chase Manhattan Plaza
New York, New York  10005

CONTINENTAL MECHANICAL OF THE
  MIDDLE EAST LTD., ET AL. (A-139)
Michael Byrd, Esquire
Akin, Gump, Hauer & Feld
2800 Republic National Bank Bldg.
Dallas, Texas  75201

E-SYSTEMS, INC., (A-140)
TAI, INC. (A-143)
Harold Hoffman, Esquire
Gardere, Wynne & Jaffe
1700 Republic National Bank Bldg.
Dallas, Texas  75201

HERMAN BLUM CONSULTING ENGINEERS (A-141)
Gerald P. Urbach, Esquire
Geary, Stahl & Spencer
2800 One Main Place
Dallas, Texas  75250

HIGHLAND INSURANCE COMPANY (A-145)
Thomas A. Brown, Esquire
Brown, Sims, & Ayre, Inc.
Suite 1735 Post Oak Central
2000 South Post Oak Road
Houston, Texas  77056

TOKAI SHIPPING CO., LTD. (A-147)
Robert C. Davee, Esquire
Eastham, Watson, Dale & Forney
947 Mellie Esperson Building
Houston, Texas  77002

THE FIRST NATIONAL BANK OF CHICAGO (A-4)
(A-40)(A-77)(A-154)
FIRST CHICAGO INTERNATIONAL BANKING
CORPORATION (A-153)
Robert B. von Mehren, Esquire
Debevoise, Plimpton, Lyons & Gates
299 Park Avenue
New York, New York  10017

JOHN DOE (A-159)(A-160)
J. Robert Elster, Esquire
Hudson, Petree, Stockton, Stockton &
  Robinson
610 Reynolds Building
Winston Salem, North Carolina  27102

FIRST WISCONSIN NATIONAL BANK OF
  MILWAUKEE (A-155)
Robert A. Christensen, Esquire
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202

MANUFACTURERS HANOVER TRUST CO. (A-95)
Roy L. Reardon, Esquire
Simpson, Thacher & Bartlett
One Batter Park Plaza
New York, New York  10004

UNITED STATES FILTER CORP., ET AL.
 (A-152)(A-32)
John G. DeGooyer, Esquire
Hamel, Park, McCabe & Saunders
1776 F Street, N.W.
Washington, D.C.  20006

LOGOS DEVELOPMENT CORPORATION (A-94)
 (No Appearance Received)
Philip R. McKnight, Esquire
c/o Center for Housing Partnerships
345 Park Avenue
New York, New York  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___10___

DOCKET NO. __425___ -- IN RE LITIGATION INVOLVING THE STATE OF IRAN

UNITED TECHNOLOGIES CORP. (A-124)
(No Appearance Received)
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York  10017

CAROLINA CHANDLERS CORP. (A-137)
(No Appearance Received)
Jerry L. Spivey, Esquire
~~124 Princess Street~~ P.O. Box 1761
Wilmington, North Carolina 28401

*not changed on card*

PANACAVIAR CORP.
PANACAVIAR, S.A. (Third party pltf.
                    A-59)
James L. Berenthal, Esquire
1250 Broadway
New York, New York

UNITED STATES OF AMERICA
(Amicus Curiae)
J. Christopher Kohn, Esquire
Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D. C.  20044

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Information Systems Iran ~~Organization of the Govt. of Iran~~ | |
| Imperial Iranian Air Force of the Govt. of Iran | |
| Islamic Republic of Iran | A-3   A-5, A-6 |
| Iran Aircraft Industries | A-7 |
| Iran Helicopter Support and Renewal Co. | |
| Iran Nat'l Airlines Corp. | A-1 |
| Bank Markazi Iran | A-2 |
| Islamic Provisionary Revolutionary Govt. of Iran | |
| Ministry of Housing of Iran | |
| Ministry of Finance of Iran | |
| Khuzestan Urban Development Organization | |

p. 2

| Continental Illinois-National Bank & Trust Co. of Chicago | | |
|---|---|---|
| Bank Dariush | A-2, A-8 | |
| Iranian's Bank | A-2 | |
| M. Rabim Mottaghi Irvani | | |
| Industrial and Mining Development Bank of Iran | A-2, A-4 | A-16 |
| Polyacryl Iran Corp. | | A-16 |
| Industrial Credit Bank (Bank Etebarat Sanati) | A-2, A-4 | A-16 |
| Distributors Co-op Credit Bank | A-2 | |
| Bank Omran | A-2 | |
| Bank Shahryar | A-2 | |
| Iran Carton, Inc. | | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bry Plast Ltd. | |
| Tehran Shamer Ltd. | |
| Berberei Bedarf GMBH | |
| Bank Melli Iran | A-2, A-8 A-16 |
| International Bank of Iran and Japan | A-16 |
| Bank of Saderat Iran | A-2, A-4, A-8 |
| Bank of Tehran | A-2 |
| Central Insurance of Iran | |
| Agricultural and Development Bank of Iran | A-2, A-4, A-8 |
| State of Iran | A-4 |
| Lavan Petroleum Co. | |

p. 4

| | |
|---|---|
| Industrial Development and Renovation Organization | |
| National Petrochemical Co. | A-4 |
| Aluminum Floride Iran Co. | |
| First National Bank of Boston | |
| State Street Bank & Trust Co. | |
| National Iranian Oil Company | A-4  A-8 |
| "The Ministry of Social Welfare of the Govt. of Iran" | A-1 |
| Iran Joint-Stock Housing Co. | A-1 |
| Ministry of Housing & Urban Development | A-1 |
| "Gostaresh Maskan, a nationalized co." | A-1 |
| Arya National Shipping Lines, S.A. | A-8 |

JPML FORM 3

p. _____ 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| National Iranian Fisheries | |
| Iranian Ministry of Energy & Natural Resources | |
| Khuzestan Water and Power Authority | A-5 |
| Mahab Consulting Engineers *Company* | |
| Parsmain Engineers Co. *a/k/a Parsmain, Inc.* | |
| Shawmut Bank of Boston | |
| National Iranian Gas Co. | |
| Telecommunications Co. of Iran | |
| Societe Irano Italienne Des Petroles | |
| Iran Tractor Manufacturing Co. | |
| Bank Sakhteman | A-2, A-8 |

p. _6_

| | |
|---|---|
| ~~Bank Danisch~~ Dupl. listing | |
| ✓ Bank Iranshahr | A-2 |
| Deutch Iranishe Handelsbank A.G. | |
| ✓ Bank Bazargani Iran | A-2, A-8 |
| ✓ Development and Investment Bank of Iran | A-2 |
| ✓ Kangan Liquified Natural Gas Corp. | |
| ✓ Akam Building Industries Company, Ltd. | |
| ✓ Melli Industrial Group | |
| Pahlavi Foundation | |
| Movzohowr Paper Industries Inc. | |
| Iran Electronics Industries | |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Power Generation and Transmission Co. | |
| Bank Kar | A-2 |
| Agricultural Cooperative Bank of Iran | A-2 |
| Bank Pars | A-2 |
| Bank Rafah Kargaran | A-2 |
| Bank Sanaye Iran | A-2, A-8 |
| Bank Sepah | A-2 |
| Banque Etebarate Iran | A-2 |
| The Foreign Trade Bank of Iran | A-2 |
| Mercantile Bank of Iran and Holland | |
| Mortgage Bank of Iran | A-2 |

p. _8_

| | | |
|---|---|---|
| Imperial Government of Iran | A-3 | |
| ✓ Atomic Energy Organization of Iran | A-2 | |
| Bank Mellat | | |
| Bank Federal Iran | | |
| ✓ Hammadan Glass Co. | | |
| ✓ Kashan Velvet & Rayon Mills Ltd. | | |
| ✓ Mazandaran Textile Co. | | |
| ✓ Dopar Laboratories Co., Ltd. | A-4, A-8 | |
| ✓ International Construction Machines | | |
| ✓ Karun Argo Industry, Inc. | A-4 | |
| Karkhanejat Towlidi Tehran | | |

JPML FORM 3

p. _9_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _425_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Grouth Towlidi Tehran | |
| John Doe Corporation | |
| ✓ Ministry of Posts, Telephones & Telegraphs of Iran | |
| ✓ Iranian Ministry of Defense | |
| Ministry of Roads & Transportation | |
| Ministry of Agriculture and Natural Resources | A-5 |
| ✓ Ministry of Cooperatives and Rural Affairs | A-5 |
| ✓ Iranian Ministry of Mines | |
| ✓ Iranian Tobacco Co. | |
| ✓ Iranian Air Force | A-7 |
| Iranian Military Industries Organization | A-7 |

| | |
|---|---|
| National Defense Industries | A-7 |
| Iranian Ministry of War | A-7 |
| Iran Arab Bank | A-20 |
| Shahbaf Persian Carpet Co. | |
| Iran-Hamburg Handelsgesellschaft M.B.J. | |
| Instrumentality of the Govt. of Iran | |
| Iran Pan American Oil Co. | |
| Amoco Iran Oil Co. | |
| Citibank | |
| Brown & Root, Inc. | |
| National Iranian Navy | |

JPML FORM 3

p. ___11___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Oil Service Co. of Iran | A-8 |
| ~~Iran Tractor Manufacturing Co.~~ *dupl. listing* | |
| New England Merchants National Bank | |
| Lanac Corporation | |
| Iran Express Lines | |
| Uiterwyk Corp. | |
| Jan C. Uiterwyk | |
| Williams Bros. Iran Consulting Engineers | |
| Bank Farhagian | |
| XXX Farnakh Spinning & Weaving Co. | |
| Ministry of Science & Higher Education | |

| | |
|---|---|
| Master Shipping Agency, Inc. | |
| Govt. of Iran | A-1, A-2, A-3, A-4, A-5, ▬ A-7, A-8 |
| ▬▬ Civil Engineering Directorate Imperial Iranian Navy | A-3 |
| Batimar- Fortres Equip. Co. | |
| Ferdowsi University | |
| Kundi Shapur University | |
| Lapahlavi University of Denistry | |
| University of Tehran | |
| ▬ International Bank of Iran | A-2 ... A-16 |
| ▬▬▬ Pete Chemical Co. | |
| ▬▬▬ | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bank Bimeh Iran | A-2 |
| Bank Rahni Iran | |
| Bank Russo Iran | |
| Bank Tejarat | |
| Banque Etebarate Iran | |
| Deutsch-Iranische Handelsbank A.G. | |
| International Bank of Iran | |
| Iran Bank | |
| Bank Sepah - New York Agency | |
| Iran Power Generation & Transmission Co., c/o/p Tavanir, after Tavanir Co. | |
| Shepur Chemical Co. Ltd. | |

p. _____

| | |
|---|---|
| "Ministry of Water + Power of Iran" | |
| Sicafour Inc. | |
| A Kan Precast Concrete Co., Ltd. | |
| Yamineh Co., Ltd. | |
| Iran Aircraft Industries | |
| Iran Helicopter Support and Renewal | |
| Housing Cooperative of the Air Force | |
| Iran International Shipping Lines | |
| ~~Iran National Shipping Co.~~ | A.B. |
| Atomic Energy Organization of Iran | |
| ~~Savak, Information,~~ | |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 425 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bimeh Melli Insurance Co. | |
| Jundi Shapur Univ. | |
| Bank of Iran and the Middle East | A-2 |
| Kishar Vstur & Rage mills LTD. | |
| Nayor... 4 | |
| National ... | |
| Pahlavi University School of Dentistry | |
| Mahyakh Spinning and Weaving Co. | |
| Behshahr Industrial Co., LTD. | |
| Government Trading Corp. | |
| Central Bank of Iran | A-6 |